IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HERMAN FULWILEY JR., )<br>Plaintiff, ) | No. |
| ) | |
| Vs ) | |
| ) | |
| JEWEL FOOD STORES INC.d/b/a Jewel Osco )<br>And SUPERVALU Inc. d/b/a Jewel Osco )<br>Defendants ) | Jury Trial Demanded |

## COMPLAINT

Now comes Plaintiff Herman Fulwiley, by his attorney Robert Leyshon, of the Sklare Law Group Ltd., and for cause of action against defendants Jewel Food Stores Inc. d/b/a Jewel Osco and Supervalu Inc. d/b/a Jewel Osco and states for his complaint:

1. Plaintiff Herman Fulwiley is and was at all times material hereto a resident at 2027 217th Street Sauk Village Illinois and was a resident and citizen of the State of Illinois.

2. Upon information and belief Jewel Food Stores Inc. d/b/a Jewel Osco is and was at all times material hereto an Ohio corporation doing business in Indiana at 805 Joliet Street Dyer, Indiana, and also owning and managing many food stores located throughout Illinois.

3. Upon information and belief, Supervalu Inc. d/b/a Jewel Osco is a Delaware corporation with its corporate headquarters in Minnesota and owning and operating the Jewel Food Store located at 805 Joliet Street Dyer, Indiana, and owning and operating food stores throughout Illinois.

4. Venue is appropriate in the Northern District of Illinois Eastern Division based upon the following allegations:

    a. The Plaintiff resides within said district;

    b. Upon information and belief, Jewel Food Stores Inc is incorporated in Ohio and Suprevalu is incorporated in Delaware.

    c. Both Defendants have significant contact with the Northern District of Illinois, operating many stores within the Northern District of Illinois.

    d. The amount of damages claimed is in excess of $75,000

    e. Treating medical providers who may be called to testify at trial include Advanced Physical Medicine in Matteson, Illinois, surgeon Gregory Primus in Deerfield, Illinois, Dr. Aleksandr Godvekht in Matteson Illinois, therapist Mitchell Bershader in Matteson, Illinois, APM Surgical Center in Chicago, Illinois, and the emergency room at St. Margaret Mercy South in Dyer Indiana. All but one of these witnesses are within the Northern District of Illinois.

## Count I
## Jewel Food Stores Inc.

5. At all times relevant hereto the Defendant Jewel Food Stores Inc. d/b/a Jewel Osco owed the plaintiff the duty to use ordinary care to keep its premises reasonably safe for those lawfully upon the premises. It was also the duty for each of the defendant's agents and employees to exercise ordinary care for the safety of those lawfully upon the premises.

6. On or about April 8, 2015, the Plaintiff was lawfully shopping within the premises at Jewel Osco 805 Joliet St in Dyer, Indiana.

7. At said time and place, an unidentified agent and employee of the Defendant pushed a shopping cart with great force into the plaintiff, injuring the plaintiff's leg and left hand.

8. The Defendant, through the act of its agent and employee, was guilty of negligence in one or more of the following respects:

    a. Failing to warn the plaintiff of the cart's approach;

    b. Failing to move the cart at a slow and safe speed;

    c. Failing to direct the cart in a direction away from plaintiff;

    d. Failing to keep the cart from striking the plaintiff.

9. As a direct and proximate result of the negligence of the employee of the Defendant, the plaintiff suffered severe injuries requiring surgical intervention and a lengthy convalescence, plaintiff suffered and continues to suffer pain and suffering, plaintiff suffered and continues to suffer a loss of normal life, plaintiff has had to incur medical expenses, and plaintiff has sustained scarring, all in an amount to be proven at trial an in excess of the jurisdictional requirements of this court.

Wherefore, Plaintiff Herman Fulwiley Jr. prays for judgment against Jewel Food Stores Inc d/b/a Jewel Osco for an amount that will fairly and adequately compensate him for his damages, all in an amount to be proven at trial, and in excess of $75,000.

**Plaintiff demands a trial by jury.**

### Count II
### SUPERVALU INC.

10. At all times relevant hereto the Defendant Supervalu Inc. d/b/a Jewel Osco owed the plaintiff the duty to use ordinary care to keep its premises reasonably safe for those lawfully upon the premises. It was also the duty for each of the defendant's agents and employees to exercise ordinary care for the safety of those lawfully upon the premises.

11. On or about April 8, 2015, the Plaintiff was lawfully shopping within the premises at Jewel Osco 805 Joliet St in Dyer, Indiana.

12. At said time and place, an unidentified agent and employee of the Defendant pushed a shopping cart with great force into the plaintiff, injuring the plaintiff's leg and left hand.

13. The Defendant, through the act of its agent and employee, was guilty of negligence in one or more of the following respects:

    a. Failing to warn the plaintiff of the cart's approach;
    b. Failing to move the cart at a slow and safe speed;
    c. Failing to direct the cart in a direction away from plaintiff;
    d. Failing to keep the cart from striking the plaintiff.

14. As a direct and proximate result of the negligence of the employee of the Defendant, the plaintiff suffered severe injuries requiring surgical intervention and a lengthy convalescence, plaintiff suffered and continues to suffer pain and suffering, plaintiff suffered and continues to suffer a loss of normal life, plaintiff has had to incur medical expenses, and plaintiff has sustained scarring, all in an amount to be proven at trial an in excess of the jurisdictional requirements of this court.

Wherefore, Plaintiff Herman Fulwiley Jr. prays for judgment against Supervalu Inc d/b/a Jewel Osco for an amount that will fairly and adequately compensate him for his damages, all in an amount to be proven at trial, and in excess of $75,000.

**Plaintiff demands a trial by jury.**

Herman Fulwiley,

By; /s/ Robert Leyshon

The Sklare Law Group Ltd
20 N. Clark St. Suite 1450
Chicago, IL 60602
312-782-2308
Fax 312-782-6774
Leyshon.robert@gmail.com